**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00063-RPM-KMT

JESSE DOSHAY,

      Plaintiff,

v.

MALCOLM S. GERALD & ASSOCIATES, INC., an Illinois corporation,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

March 11, 2013           s/Richard P. Matsch
_____    _____
DATE                         Richard P. Matsch, Senior District Judge